**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

February 12, 2021

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        *Re*:   *Tucker v. Jeffers, Inc.*,
               Case No.: 1:20-cv-10392 (LGS)

> This application is GRANTED in part.  The initial pretrial conference scheduled for February 18, 2021, is adjourned to **March 18, 2021, at 10:50 a.m.**  The parties' joint conference materials are due at least seven days before, or by **March 11, 2021**.
>
> Dated:  February 16, 2021
>         New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Dear Judge Schofield,

      The undersigned represents Henry Tucker, On Behalf of Himself and All Other Persons Similarly Situated ("Plaintiff"), in the above-referenced action against Jeffers, Inc, ("Defendant"). In response to Your Honor's Order on February 12, 2021 (Dkt. 7), the undersigned respectfully requests the Initial Conference scheduled for February 18, 2021 at 10:50 AM (Dkt. 6) be adjourned for 60 days because the COVID-19 Pandemic has made it extremely difficult for the process server to effectuate service on the Defendant. This request will grant ample time for service to be effecuated, the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an adjournment.

                                                Respectfully submitted,

                                                GOTTLIEB & ASSOCIATES

                                                */s/Michael A. LaBollita, Esq.*
                                                Michael A. LaBollita, Esq.