

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 2104
New York, NY 10170
D 212-434-0100
F 212-434-0105

Vincent Velardo
Email: Velardo@LitchfieldCavo.com

March 3, 2021

*Via ECF*
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square New York, NY 10007

    Re:    Henry Tucker v. Jeffers, Inc.
           Docket No.:   1:20-cv-10392
           Our File No.: 9074-7681

Dear Judge Schofield:

    We represent Defendant, Jeffers, Inc., in the above referenced matter. We respectfully request an adjournment of the initial conference from March 18, 2021 until May 18, 2021. We have recently been retained, and our time to answer or otherwise plead is April 27, 2021. This is our first request for an adjournment of the initial conference and Plaintiff's counsel consents to this request. Thank you.

                        Respectfully Submitted,

                        *Vincent J. Velardo*
                        Vincent J. Velardo (VV7047)

---

**This application is GRANTED in part. The Court does not typically adjourn initial pretrial conferences in light of pleading deadlines. The initial pretrial conference scheduled for March 18, 2021, is adjourned to April 8, 2021, at 10:50 a.m. The parties' joint letter and case management plan are due at least seven days before the conference, or by April 1, 2021.**

Dated: March 4, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

VV:dd
cc: Gottlieb and Associates via ECF

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia | Phoenix
Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com